IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| COLETTE M. LEBRUN<br><br>    Plaintiff,<br><br>v.<br><br><br><br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>    Defendant. | CIVIL ACTION NO.<br>(Removed from Superior Court of Connecticut, J.D. of Stamford/Norwalk At Stamford<br>Docket No. FST-CV19-6044255-S) |

**NOTICE OF REMOVAL**

Defendant Metropolitan Life Insurance Company ("MetLife"), by and through its attorneys, Reardon Scanlon LLP, timely files this Notice of Removal pursuant to 28 U.S.C. §§ 1331 and 1332, 29 U.S.C. § 1132(e) and 28 U.S.C. § 1441(a), (b) and (c) removing the above-captioned action to the United States District Court for the District of Connecticut from the Superior Court, Stamford, and avers as follows:

    1.    Plaintiff Colette M. Lebrun ("Plaintiff") filed a Summons and Complaint in the Superior Court of Connecticut, Judicial District of Stamford/Norwalk at Stamford, Docket No. FST-CV19-6044255-S on or about October 29, 2019 (the "Action").

    2.    Pursuant to 28 U.S.C. § 1446(d), a copy of the Notice of Removal has been filed with the clerk of the state court from which the Action has been removed on or about the date of this Notice.

3.  Pursuant to 28 U.S.C. § 1446(a), a true copy of the Summons, Complaint, Return of Service, and Appearance for MetLife, which comprise true and complete copies of all pleadings and other documents filed in the state court proceeding, are annexed hereto as Exhibit A.

4.  Plaintiff seeks disability benefits under a long term disability plan (the "Plan") sponsored by her employer. The Plan is an employee welfare benefit plan governed by the Employee Retirement Income Security Act of 1974 (ERISA), 29 U.S.C. §§ 1001, *et seq*. Benefits payable under the Plan are funded by a group policy of disability insurance issued to the employer by MetLife. *See* Exhibit A, at 1-6. Plaintiff concedes this matter is being brought under ERISA and has alleged only ERISA causes of action pursuant to the provisions of ERISA. *See* Plaintiff's Complaint paragraphs 6 and 23. *See also* the Plan document annexed hereto as Exhibit B.

5.  Based on the foregoing, the Plan, the group policy funding Plan benefits, and the claims in this lawsuit are subject to and governed by ERISA.

6.  A cause of action filed in state court seeking recovery of benefits under an employee welfare benefit plan governed by ERISA is removable to federal court pursuant to 28 U.S.C. § 1441(c) as an action arising under federal law. *See Metropolitan Life Ins. Co. v. Taylor*, 481 U.S. 58 (1987); *Pilot Life Ins. Co. v. Dedeaux*, 481 U.S. 41 (1987).

7.  This Court has original subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331 and 29 U.S.C. § 1132(e) as a civil action founded upon a claim of right arising under the laws of the United States, therefore, this action may be removed to this Court pursuant to the provisions of 28 U.S.C. § 1441(a), (b) and (c).

8.  This Notice of Removal is being filed within thirty (30) days of the defendant's receipt of the Complaint on October 21, 2019, as required by 28 U.S.C. § 1446(b).

9. No pleadings, process or orders other than the Complaint, annexed hereto as Exhibit A, has been served on defendant and therefore no other pleadings, process or orders are attached to this Notice as required by 28 U.S.C. § 1446(a).

10. All fees required by law in connection with this Notice have been filed by defendant.

WHEREFORE, defendant Metropolitan Life Insurance Company hereby removes the above-captioned action to the United States District Court for the District of Connecticut, from the Superior Court of Connecticut, J.D. of Stamford/Norwalk at Stamford.

Dated:  November 15, 2019        s/ Katherine A. Scanlon
                                 Katherine A. Scanlon, (ct18129)
                                 James J. Reardon (ct13802)
                                 REARDON SCANLON LLP
                                 45 South Main Street, Suite 305
                                 West Hartford, CT 06107
                                 (860) 955-9451
                                 (860) 760-6853 (facsimile)

                                 ATTORNEYS FOR DEFENDANT
                                 METROPOLITAN LIFE INSURANCE COMPANY

## CERTIFICATION

I hereby certify that on the 15th day of November, 2019, the foregoing was filed with the United States District Court for the District of Connecticut via CM/ECF and a copy was sent via first class mail, postage prepaid to the following:

Jeremy C. Virgil
Zeldes, Needle & Cooper, P.C.
1000 Lafayette Boulevard
P.O. Box 1740
Bridgeport, CT 06601-1740
Attorney for Plaintiff

BY:/s/ Katherine A. Scanlon
  Katherine A. Scanlon, (ct18129)
  James J. Reardon (ct13802)
  REARDON SCANLON LLP
  45 South Main Street, Suite 305
  West Hartford, CT 06107
  (860) 955-9451
  (860) 760-6853 (facsimile)

  ATTORNEYS FOR DEFENDANT
  METROPOLITAN LIFE INSURANCE COMPANY