# SUMMONS - CIVIL

JD-CV-1 Rev. 4-16
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a,
52-48, 52-259, P.B. §§ 3-1 through 3-21, 8-1, 10-13

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

See other side for instructions

☐ "X" if amount, legal interest or property in demand, not including interest and costs is less than $2,500.
☒ "X" if amount, legal interest or property in demand, not including interest and costs is $2,500 or more.
☐ "X" if claiming other relief in addition to or in lieu of money or damages.

TO: Any proper officer; BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint.

| Address of court clerk where writ and other papers shall be filed (Number, street, town and zip code) (C.G.S. §§ 51-346, 51-350) | Telephone number of clerk (with area code) | Return Date (Must be a Tuesday) |
|---|---|---|
| 123 Hoyt St., Stamford, CT 06905 | ( 203 ) 965-5307 | December 3, 2019 |

☒ Judicial District   ☐ G.A. Number: ____   At (Town in which writ is returnable) (C.G.S. §§ 51-346, 51-349): **Stamford/Norwalk at Stamford**
☐ Housing Session

Case type code (See list on page 2): Major: **T**   Minor: **90**

For the Plaintiff(s) please enter the appearance of:

| Name and address of attorney, law firm or plaintiff if self-represented (Number, street, town and zip code) | Juris number (to be entered by attorney only) |
|---|---|
| Jeremy Virgil, Esq., Zeldes, Needle & Cooper, PC, 1000 Lafayette Blvd., 7th Fl, Bridgeport, CT 06604 | 069695 |

Telephone number (with area code): ( 203 ) 333-9441
Signature of Plaintiff (If self-represented):

The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book.   ☒ Yes   ☐ No

Email address for delivery of papers under Section 10-13 (if agreed to): jvigil@znclaw.com

Number of Plaintiffs: 1    Number of Defendants: 1    ☐ Form JD-CV-2 attached for additional parties

| Parties | Name (Last, First, Middle Initial) and Address of Each party (Number; Street; P.O. Box; Town; State; Zip; Country, if not USA) | |
|---|---|---|
| First Plaintiff | Name: LeBrun, Colette M.<br>Address: 10 Glen Pines Rd., Norwalk, CT 06850 | P-01 |
| Additional Plaintiff | Name:<br>Address: | P-02 |
| First Defendant | Name: Metropolitan Life Insurance Company<br>Address: 200 Park Avenue, New York, NY 10166 /AOS: CT Corporation System, 67 Burnside Ave., E. Hartford, CT 06108 | D-01 |
| Additional Defendant | Name:<br>Address: | D-02 |
| Additional Defendant | Name:<br>Address: | D-03 |
| Additional Defendant | Name:<br>Address: | D-04 |

## Notice to Each Defendant

1. **YOU ARE BEING SUED.** This paper is a Summons in a lawsuit. The complaint attached to these papers states the claims that each plaintiff is making against you in this lawsuit.
2. To be notified of further proceedings, you or your attorney must file a form called an "Appearance" with the clerk of the above-named Court at the above Court address on or before the second day after the above Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to come to court.
3. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default. The "Appearance" form may be obtained at the Court address above or at www.jud.ct.gov under "Court Forms."
4. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately contact your insurance representative. Other action you may have to take is described in the Connecticut Practice Book which may be found in a superior court law library or on-line at www.jud.ct.gov under "Court Rules."
5. If you have questions about the Summons and Complaint, you should talk to an attorney quickly. **The Clerk of Court is not allowed to give advice on legal questions.**

| Signed (Sign and "X" proper box) | ☒ Commissioner of the Superior Court<br>☐ Assistant Clerk | Name of Person Signing at Left<br>Jeremy C. Virgil, Esq. | Date signed<br>10/16/2019 |
|---|---|---|---|

If this Summons is signed by a Clerk:
a. The signing has been done so that the Plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law.
c. The Clerk is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service of the Summons or Complaint.

For Court Use Only
File Date

| I certify I have read and understand the above: | Signed (Self-Represented Plaintiff) | Date | Docket Number |
|---|---|---|---|

(Page 1 of 2)

**Instructions**
1. Type or print legibly; sign summons.
2. Prepare or photocopy a summons for each defendant.
3. Attach the original summons to the original complaint, and attach a copy of the summons to each copy of the complaint. Also, if there are more than 2 plaintiffs or more than 4 defendants prepare form JD-CV-2 and attach it to the original and all copies of the complaint.
4. After service has been made by a proper officer, file original papers and officer's return with the clerk of court.
5. Do not use this form for the following actions:
   (a) Family matters (for example divorce, child support, custody, paternity, and visitation matters)
   (b) Summary Process actions
   (c) Applications for change of name
   (d) Probate appeals
   (e) Administrative appeals
   (f) Proceedings pertaining to arbitration
   (g) Any actions or proceedings in which an attachment, garnishment or replevy is sought
   (h) Entry and Detainer proceedings
   (i) Housing Code Enforcement actions

**ADA NOTICE**
The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA*.

## Case Type Codes

| Major Description | Codes Major/Minor | Minor Description |
|---|---|---|
| Contracts | C 00 | Construction - All other |
| | C 10 | Construction - State and Local |
| | C 20 | Insurance Policy |
| | C 30 | Specific Performance |
| | C 40 | Collections |
| | C 90 | All other |
| Eminent Domain | E 00 | State Highway Condemnation |
| | E 10 | Redevelopment Condemnation |
| | E 20 | Other State or Municipal Agencies |
| | E 30 | Public Utilities & Gas Transmission Companies |
| | E 90 | All other |
| Miscellaneous | M 00 | Injunction |
| | M 10 | Receivership |
| | M 20 | Mandamus |
| | M 30 | Habeas Corpus (extradition, release from Penal Institution) |
| | M 40 | Arbitration |
| | M 50 | Declaratory Judgment |
| | M 63 | Bar Discipline |
| | M 66 | Department of Labor Unemployment Compensation Enforcement |
| | M 68 | Bar Discipline - Inactive Status |
| | M 70 | Municipal Ordinance and Regulation Enforcement |
| | M 80 | Foreign Civil Judgments - C.G.S. 52-604 & C.G.S. 50a-30 |
| | M 83 | Small Claims Transfer to Regular Docket |
| | M 84 | Foreign Protective Order |
| | M 90 | All other |
| Housing | H 10 | Housing - Return of Security Deposit |
| | H 12 | Housing - Rent and/or Damages |
| | H 40 | Housing - Audita Querela/Injunction |
| | H 50 | Housing - Administrative Appeal |
| | H 60 | Housing - Municipal Enforcement |
| | H 90 | Housing - All Other |

| Major Description | Codes Major/Minor | Minor Description |
|---|---|---|
| Property | P 00 | Foreclosure |
| | P 10 | Partition |
| | P 20 | Quiet Title/Discharge of Mortgage or Lien |
| | P 30 | Asset Forfeiture |
| | P 90 | All other |
| Torts (Other than Vehicular) | T 02 | Defective Premises - Private - Snow or Ice |
| | T 03 | Defective Premises - Private - Other |
| | T 11 | Defective Premises - Public - Snow or Ice |
| | T 12 | Defective Premises - Public - Other |
| | T 20 | Products Liability - Other than Vehicular |
| | T 28 | Malpractice - Medical |
| | T 29 | Malpractice - Legal |
| | T 30 | Malpractice - All other |
| | T 40 | Assault and Battery |
| | T 50 | Defamation |
| | T 61 | Animals - Dog |
| | T 69 | Animals - Other |
| | T 70 | False Arrest |
| | T 71 | Fire Damage |
| | T 90 | All other |
| Vehicular Torts | V 01 | Motor Vehicles* - Driver and/or Passenger(s) vs. Driver(s) |
| | V 04 | Motor Vehicles* - Pedestrian vs. Driver |
| | V 05 | Motor Vehicles* - Property Damage only |
| | V 06 | Motor Vehicle* - Products Liability Including Warranty |
| | V 09 | Motor Vehicle* - All other |
| | V 10 | Boats |
| | V 20 | Airplanes |
| | V 30 | Railroads |
| | V 40 | Snowmobiles |
| | V 90 | All other |
| | | *Motor Vehicles include cars, trucks, motorcycles, and motor scooters. |
| Wills, Estates and Trusts | W 10 | Construction of Wills and Trusts |
| | W 90 | All other |

| | | |
|---|---|---|
| RETURN DATE:  DECEMBER 3, 2019 | : | SUPERIOR COURT |
| COLETTE M. LEBRUN | : | J.D. OF STAMFORD/NORWALK |
| V. | : | AT STAMFORD |
| METROPOLITAN LIFE INSURANCE COMPANY | : | OCTOBER 16, 2019 |

## COMPLAINT

1. Colette Lebrun is an individual who, at times relevant, resided in Norwalk, Connecticut and who is or was a participant in a disability benefits plan ("The Plan"), sponsored by her former co-employers, Trinet HR IV, LLC ("Trinet") and MPC Capital Advisors, LLC.

2. The Plan is an employee welfare benefit plan.

3. The Plan is funded, in part, through the insurance policy ("Policy") Defendant, Metropolitan Life Insurance Company ("MetLife") sold to Trinet.

4. MetLife is an insurance company doing business with multiple offices throughout the State of Connecticut.

5. MetLife acts as the plan administrator and/or fiduciary of the Plan for purposes of benefit determinations made pursuant to the Policy.

6. Colette Lebrun brings this action under the Employee Retirement Income Security Act ("ERISA") 502(a)(1)(B), 29 U.S.C. 1132(a)(1)(B), to recover benefits under the Plan and Policy.

7. The Policy provides that MetLife will provide long-term disability benefits to participants who are considered disabled under the Policy.

8. Prior to her total disability, Colette Lebrun served as a Director – Senior Consultant for MPC Capital Advisors, LLC and Trinet – a position that required extensive computer work, extensive prolonged periods of concentration, and processing of vast amounts of quantitative data.

| | | |
|---|---|---|
| RETURN DATE: DECEMBER 3, 2019 | : | SUPERIOR COURT |
| COLETTE M. LEBRUN | : | J.D. OF STAMFORD/NORWALK |
| v. | : | AT STAMFORD |
| METROPOLITAN LIFE INSURANCE COMPANY | : | OCTOBER 16, 2019 |

## COMPLAINT

1. Colette Lebrun is an individual who, at times relevant, resided in Norwalk, Connecticut and who is or was a participant in a disability benefits plan ("The Plan"), sponsored by her former co-employers, Trinet HR IV, LLC ("Trinet") and MPC Capital Advisors, LLC.

2. The Plan is an employee welfare benefit plan.

3. The Plan is funded, in part, through the insurance policy ("Policy") Defendant, Metropolitan Life Insurance Company ("MetLife") sold to Trinet.

4. MetLife is an insurance company doing business with multiple offices throughout the State of Connecticut.

5. MetLife acts as the plan administrator and/or fiduciary of the Plan for purposes of benefit determinations made pursuant to the Policy.

6. Colette Lebrun brings this action under the Employee Retirement Income Security Act ("ERISA") 502(a)(1)(B), 29 U.S.C. 1132(a)(1)(B), to recover benefits under the Plan and Policy.

7. The Policy provides that MetLife will provide long-term disability benefits to participants who are considered disabled under the Policy.

8. Prior to her total disability, Colette Lebrun served as a Director – Senior Consultant for MPC Capital Advisors, LLC and Trinet – a position that required extensive computer work, extensive prolonged periods of concentration, and processing of vast amounts of quantitative data.

Colette Lebrun was required to understand complex financial data and make recommendations to clients on multi-million and/or multi-billion-dollar investments and management. Colette Lebrun's occupation required extraordinary cognitive abilities, specifically concentrating, focusing, multitasking and understanding complex financial circumstances. It also required travel to and from the office as well as client meetings and interactions.

9. On March 25, 2017, Colette Lebrun was involved in a car accident where another vehicle crashed heavily into the rear of her vehicle, causing her to suffer a concussion, traumatic brain injury and neck and shoulder injuries.

10. Following the accident, Colette Lebrun developed severe, daily headaches, nausea, light sensitivity, noise sensitivity, sleep disturbances, vertigo, cognitive slowing, fatigue, neck and shoulder pain/tightness, and difficulty concentrating.

11. Colette Lebrun's conditions interfere with her activities of daily living and prevent her from, among other things, exposure to visual stimuli, such as a computer, or maintaining a regular work schedule of any kind. For example, extended viewing of a computer screen triggers worsening headaches and extreme fatigue.

12. As of April 2, 2017, Colette Lebrun became disabled under the Policy and has remained continuously disabled since.

13. Colette Lebrun applied and was approved by MetLife for short-term disability benefits through the entirety of coverage under the Plan.

14. Colette Lebrun then filed a claim for long-term disability benefits pursuant to the Policy.

15. MetLife denied Colette Lebrun's claim for long-term disability benefits by letter dated July 21, 2017.

16. Colette Lebrun timely appealed MetLife's determination.

17. Colette Lebrun subsequently submitted additional information to MetLife, which it rejected as indicative of her inability to perform her regular occupation.

18. Colette Lebrun remains unable to perform her prior occupation and the medical evidence submitted demonstrate the same.

19. MetLife denied Colette Lebrun's appeal by letter dated March 28, 2018.

20. Colette Lebrun exhausted her administrative remedies under the Policy and Plan.

21. As a result of the foregoing, Colette Lebrun has suffered a loss in the form of unpaid benefits, among other things.

22. Colette Lebrun is entitled to a judgment against MetLife in the amount of the unpaid benefits under the Policy including, *inter alia*, long-term disability benefits as well as an order directing MetLife to pay Colette Lebrun future benefits.

23. Colette Lebrun is also entitled to prejudgment interest and an award of attorney's fees under ERISA 502(g) in an amount to be proven.

WHEREFORE, Plaintiff, Colette Lebrun, requests the Court grant her the following relief from Defendant Metropolitan Life Insurance Company:

a. A judgment in the amount of all benefits due under the Plan/Policy plus prejudgment interest;

b. A judgment ordering MetLife to continue to pay Colette Lebrun long-term disability benefits for as long as she remains totally disabled under the Plan/Policy;

    c.    A judgment ordering MetLife to repay Colette Lebrun her costs and attorney's fees, under ERISA 502(g); and

    d.    All other relief to which she is entitled, including de novo review of the decision to deny the claim.

THE PLAINTIFF

By: \_\_\_/s/_____
     Jeremy C. Virgil

     Zeldes, Needle & Cooper, P.C.
     1000 Lafayette Boulevard
     P.O. Box 1740
     Bridgeport, CT 06601-1740
     Juris No. 069695
     Telephone: (203) 333-9441
     Facsimile: (203) 333-1489
     Email: jvirgil@znclaw.com

Her Attorney

RETURN DATE:  DECEMBER 3, 2019 : SUPERIOR COURT

COLETTE M. LEBRUN : J.D. OF STAMFORD/NORWALK

v. : AT STAMFORD

METROPOLITAN LIFE INSURANCE
COMPANY : OCTOBER 16, 2019

## STATEMENT OF AMOUNT IN DEMAND

The Plaintiff hereby respectfully claims damages that are greater than FIFTEEN THOUSAND and 00/100 DOLLARS ($15,000.00), exclusive of interest and costs.

THE PLAINTIFF

By:_____/s/_____
      Jeremy C. Virgil

      Zeldes, Needle & Cooper, P.C.
      1000 Lafayette Boulevard
      P.O. Box 1740
      Bridgeport, CT 06601-1740
      Juris No. 069695
      Telephone: (203) 333-9441
      Facsimile: (203) 333-1489
      Email: jvirgil@znclaw.com

Her Attorney

STATE OF CONNECTICUT    )
                        )      SS: EAST HARTFORD          October 21, 2019
COUNTY OF HARTFORD      )


THEN and by virtue hereof and by direction of the plaintiff's attorney, I made due and legal service upon the within original SUMMONS CIVIL, COMPLAINT with my doings thereon endorsed, by leaving a true and attested verified copy with and in the hands of Gary Scappinni, at CT Corporation System, 67 Burnside Avenue, East Hartford, CT. Registered Agent for Service, for the within named defendant:

Metropolitan Life Insurance Company

200 Park Avenue, New York, NY 10166

THE WITHIN IS THE ORIGINAL SUMMONS CIVIL, COMPLAINT WITH MY DOINGS HEREON ENDORSED.


FEES:

VERIFIED COPIES:$7.00                              ATTEST:

ENDORSEMENTS:$1.20

SERVICE:$40.00                                     _____

TRAVEL:$9.80                                       CT STATE MARSHAL
                                                   COUNTY OF HARTFORD

TOTAL:$58.00


**Brian R. Wright**

Connecticut State Marshal

45 Wyllys Street, Hartford, CT 06106     860-883-5832